

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

JAMEKA K. EVANS,

    Plaintiff,

v.

GEORGIA REGIONAL HOSPITAL, *et al.*,

    Defendants.

Case No. CV415-103

## ORDER

The Court **GRANTS** Jameka K. Evans' motion to extend until October 23, 2015 the time within which she may file an Objection to the September 10, 2015 Report and Recommendation. Doc. 7. The Court also **GRANTS** the *pro hac vice* motion filed by the Lambda Legal Defense & Education Fund, Inc. Doc. 6.

**SO ORDERED,** this 23rd day of September, 2015.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA