UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| JAMEKA K. EVANS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CV415-103 |
| GEORGIA REGIONAL HOSPITAL, et al., | ) ) ) ) |
| Defendants. | ) ) |

# ORDER

After a careful, *de novo* review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation, doc. 4, to which an objection has been filed. Doc. 9. In addition, the Court **GRANTS** the Lambda Legal Defense & Education Fund, Inc.'s motion for leave to file its *Amicus* brief, doc. 10, which is already in the record (doc. 11) and illuminates the conflicting legal currents in this realm.

To that end, the Court **APPOINTS** *pro hac vice* counsel Gregory R. Nevins to represent plaintiff on appeal.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of October, 2015.

Honorable J. Randal Hall
United States District Judge
Southern District of Georgia