AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMEKA K. EVANS,

    Plaintiff.

        V.

GEORGIA REGIONAL HOSPITAL, CHARLES MOSS; LISA CLARK; and JAMEKIA POWERS,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 415-103

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order of this Court entered on October 29, 2015, the Plaintiff's case is hereby DISMISSED WITH PREJUDICE.

October 29, 2015
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk

