UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

JAMEKA K. EVANS,

   Plaintiff,

   v.                                  Case No. CV415-103

GEORGIA REGIONAL HOSPITAL,
CHARLES MOSS, LISA CLARK,
JAMEKIA POWERS,

   Defendants.

## NOTICE OF APPEAL

Notice is hereby given to all defendants that Jameka Evans, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the order of this Court dated October 29, 2015, adopting the Report and Recommendation and dismissing the case [12], the final judgment of

1

this Court dated October 29, 2015 [docket 13], and the Report and Recommendation, dated September 10, 2015 [docket 4].

Dated:  November 19, 2015

Respectfully submitted,

By: _____
Jameka Evans
