IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 15-15234-BB

JAMEKA K. EVANS,

                              Plaintiff - Appellant,

versus

GEORGIA REGIONAL HOSPITAL,
CHARLES MOSS,
LISA CLARK, J
AMEKIA POWERS,

                              Defendants - Appellees.

Appeal from the United States District Court
for the Southern District of Georgia

ORDER:

The motions of Lisa Lambert for NELA, Georgia and Florida Chapter, of the National Center for Lesbian Rights and GLBTQ Legal Advocates & Defender Chapter, of the American Civil Liberties Union, et al, and Four Members of Congress Chapter, to file an amicus brief in support of the pending petition for rehearing en banc, is granted.

UNITED STATES CIRCUIT JUDGE

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 06, 2017

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 15-15234-BB
Case Style: Jameka Evans v. Georgia Regional Hospital, et al
District Court Docket No: 4:15-cv-00103-JRH-GRS

**This Court requires all counsel to file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause.**

The enclosed order has been ENTERED.

Sincerely,

DAVID J. SMITH, Clerk of Court

Reply to: Carol R. Lewis, BB/lt
Phone #: (404) 335-6179

MOT-2 Notice of Court Action