# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMEKA K. EVANS, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) | CV415-103 |
| GEORGIA DEPARTMENT OF BEHAVIORAL HEALTH AND DISABILITIES, and LISA CLARK, in her official capacity, and CHARLES MOSS, in his individual capacity, | ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## **ORDER**

Defendants' motion to stay discovery and all pretrial deadlines pending resolution of their motion to dismiss the Second Amended Complaint (doc. 64), which is unopposed, is **GRANTED**. *See* S.D. Ga. L. R. 7.5 (no response means no opposition).

**SO ORDERED,** this  20th  day of July, 2018.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA