IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| JAMEKA K. EVANS, | * | |
| Plaintiff, | * | |
| v. | * | CV 415-103 |
| GEORGIA DEPARTMENT OF BEHAVIORAL HEALTH AND DEVELOPMENTAL DISABILITIES; LISA CLARK, in her official capacity; and CHARLES MOSS, in his individual capacity, | * | |
| Defendants. | * | |

**ORDER**

Pending before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 81.) The stipulation is signed by all parties remaining in the case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have agreed to the dismissal of the above-referenced action with prejudice. **IT IS THEREFORE ORDERED** that all of Plaintiff's claims asserted in this matter are **DISMISSED WITH PREJUDICE**. The Clerk shall **TERMINATE** all deadlines and motions and **CLOSE** this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this 23rd day of January, 2019

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA